**Order entered May 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00066-CV

## IN THE INTEREST OF A.B.P., A MINOR CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-52013-05**

## ORDER

By order of April 15, 2013, this appeal was abated to allow the trial court an opportunity to:

1) Make a finding in accordance with the Texas Supreme Court opinion in *Iliff v. Iliff*, including whether or not it found Jimmie Prindle, Jr. to be intentionally unemployed or underemployed; and

2) Make any other findings and recommendations the trial court deems appropriate regarding the intentional unemployment or underemployment at issue.

Pursuant to our abatement order, the trial court clerk was to file a supplemental clerk's record containing the findings and conclusions with this Court within thirty days. To date, the Court has not received the supplemental record. This appeal cannot proceed without the supplemental record described above.

We reinstate this case for the purpose of rendering this order. This Court **ORDERS** the trial court to proceed as set out above, and the trial court clerk to file a supplemental clerk's record containing the above described findings and conclusions with this Court within **TEN DAYS** of the date of this order. This case is again abated pending the actions we have ordered herein, or until further order of this court.

/s/    DOUGLAS S. LANG
PRESIDING JUSTICE